Rule 29.15(k). An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Shirley F. WILLIAMS, Appellant,

v.

CAPE GIRADEAU # 1 INC., dba Heartland Care Rehab and the Division of Employment Security, Respondents.

No. ED 93387.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 9, 2010.

Shirley F. Williams, Cape Girardeau, MO, pro se.

Larry R. Ruhmann, Jefferson City, MO, for Respondent.

Before KENNETH M. ROMINES, C.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

### ORDER

PER CURIAM.

Shirley Williams appeals the Labor and Industrial Relations Commission's dismissal of her appeal without a hearing. We affirm. We have reviewed the briefs of

Camill WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 93177.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 9, 2010.

Gwenda R. Robinson, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Terrence M. Messonnier, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before SHERRI B. SULLIVAN, P.J. and ROBERT G. DOWD, JR. and PATRICIA L. COHEN, JJ.